UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| M. CLAUDIA GAROFALO, | Case No: 22-5142 |
| Plaintiff, | Judge: Lance M. Africk |
| v. | Magistrate Judge: Karen Wells Roby |
| NEW ORLEANS CITY, | |
| Defendant. | |

## NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY DISMISSAL ORDER

NOW INTO COURT comes Plaintiff, M. Claudia Garofalo, through undersigned counsel, who represents that the parties have reached an agreement upon settlement terms in the above-captioned matter. The parties request that the Court enter a sixty (60) day order of dismissal cancelling any currently pending deadlines and conferences, with the right of either party to reinstate the action within sixty (60) days if the settlement is not consummated.

Dated, this the 6th day of June, 2023.

Respectfully Submitted,

**BIZER & DeREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DeREUS (LA # 35105)
ANNIKA MENGISEN (LA # 35524)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
         gdereus@bizerlaw.com
         annika@bizerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June, 2023 a true and correct copy of the foregoing has been furnished by electronic mail to all counsel of record via ECF filing.

                              By:    /s/ Andrew D. Bizer
                                                ANDREW D. BIZER