UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| M. CLAUDIA GAROFALO | CIVIL ACTION |
| VERSUS | NO:   22-5142 |
| NEW ORLEANS CITY | SECTION: "I" (4) |

### ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached **(Rec. Doc. #17),** therefore the Settlement Conference **(Rec. Doc. #14)** scheduled for **June 8, 2023, at 2:00 PM** is **CANCELLED.**

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 7th day of June 2023

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**District Judge Lance M Africk**